**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       Keith Ladale Wilson v. State of Texas

Appellate case number:    01-13-00917-CR

Trial court case number:  22281

Trial court:                      411th District Court of Polk County

Date motion filed:           September 9, 2015

Party filing motion:         Appellant

 

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature: /s/ Terry Jennings

               Acting for the Court the En Banc Court*

Date: November 3, 2015

\* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.